MAX D. HICKMAN, APPELLANT, V. LOUP RIVER PUBLIC
POWER DISTRICT ET AL., APPELLEES, MIDDLE LOUP PUBLIC
POWER AND IRRIGATION DISTRICT ET AL., INTERVENERS-
APPELLANTS.

113 N. W. 2d 624

Filed March 2, 1962. No. 35113.

*John H. Evans,* for appellant Hickman.

*Monsky, Grodinsky, Good & Cohen, George A. Munn,
Leo F. Clinch,* and *Hotz, Hotz & Taylor,* for interveners-
appellants.

*Neighbors, Danielson & Van Steenberg* and *Walter,
Albert, Leininger & Grant,* for appellees.

Heard before CARTER, MESSMORE, YEAGER, SPENCER,
BOSLAUGH, and BROWER, JJ.

CARTER, J.

This is a companion case to Hickman v. Loup River
Public Power District, *ante* p. 428, 113 N. W. 2d 617. It
is similar in all respects to that case except that it
deals with appropriation No. 2573, which approved a
different diversion point of a part of the appropriation
approved in appropriation No. 2287 and a use for power
purposes at a different place than authorized by ap-
propriation No. 2287.

The transcript filed in the present case does not show
a petition in intervention by the North Loup River
Public Power and Irrigation District and its receiver,
R. L. Cochran. The motions on file and the orders
made by the Department of Water Resources of Nebras-
ka indicate that the case was heard as if such petition
in intervention were on file. In view of the result
reached we shall not discuss this apparent defect in the
record.

The issues raised are identical with the companion case and are controlled by our holdings therein. For the reasons therein stated, the orders of the department dismissing the petition and petitions in intervention are reversed and the cause is remanded to the department for further proceedings.

REVERSED AND REMANDED.

SIMMONS, C. J., participating on briefs.